UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SKAT,

            Plaintiff,                       Civil Action No.: 18-cv-04538

v.

THE MONIN AMPER PENSION PLAN         NOTICE OF UNOPPOSED
and DOSTON BRADLEY                            MOTION BY JOHN M.
                                                                       HANAMIRIAN TO
            Defendants.                       WITHDRAW AS COUNSEL OF
                                                                        RECORD FOR DEFENDANTS
-------------------------------------------------------------- X

PLEASE TAKE NOTICE, that upon the annexed Affidavit of John M. Hanamirian, Esq., individually and on behalf of Hanamirian Law Firm, P.C., and upon all prior proceedings herein, counsel will move this Court before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York, on the ___ day of _____, 2018, at 9:30 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard for:

1. An Order allowing the undersigned to withdraw as counsel of record for Defendants The Monin Amper Pension Plan and Doston Bradley, pursuant to Local Rule 1.4 and Model Rules of Professional Conduct Rule 1.16. Plaintiffs do not object to this Motion and will not present an Opposition; and

2. Such other and further relief as the Court deems just and proper.

Dated: July 12, 2018
        New York, New York

                                                                       John M. Hanamirian, Esq. (JH 6651)
                                                                      Hanamirian Law Firm, PC
                                                                        40 E. Main Street
                                                                        Moorestown, New Jersey 08057
                                                                        (856) 793-9092 – t
                                                                        (856) 793-9121 – f
                                                                        jmh@hanamirian.com

**UNITED STATES DISCTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
SKAT,

        Plaintiff,                             Civil Action No.: 18-cv-04538

v.

THE MONIN AMPER PENSION PLAN and
DOSTON BRADLEY,

        Defendants.
------------------------------------------------------------- X

## AFFIDAVIT OF JOHN M. HANAMIRIAN

I, John M. Hanamirian, hereby affirm:

1. That I am a duly licensed attorney at law, appearing as counsel of record for Defendants The Monin Amper Pension Plan and Doston Bradley in the above-captioned matter. Co-counsel in this matter is Mark Allison of Caplin & Drysdale, Chartered.

2. I am informed and believe, based on discussions with co-counsel and my clients, that my withdrawal at this time can be accomplished without any material adverse effect on the interests of my clients identified in the Rules of Professional Conduct 1.16 and Local Rule 1.4.

3. That the basis for my request to withdraw, is a lack of communications with my client sufficient to represent them as counsel in this matter. I was engaged by a Luxemburg law firm that was directly engaged by the Defendants and my client, the law firm, despite repeated requests, would not provide the underlying Defendant's client files to me in advance of the First Initial Pre-Trial Conference.

4. As a result, I notified my client of my intent to withdraw and the reasons thereof and they did not object. Mr. Allison thereafter entered his appearance on behalf those clients.

I declare under the penalty of perjury based on my information and belief that the above is true and correct.

Executed this 12th day of July, 2018.

John M. Hanamirian, Esq. (JM-6651)
Hanamirian Law Firm, PC
40 E. Main Street
Moorestown, New Jersey 08057
(856) 793-9092 – t
(856) 793-9121 – f
jmh@hanamirian.com

**CERTIFICATE OF SERVICE**

On the 12th day of July, 2018, a copy of the foregoing Motion for Leave to Withdraw as Counsel by John M. Hanamirian and the accompanying Affidavit of John M. Hanamirian were filed electronically via the ECF System. Notice of this filing will be sent to the following parties by the ECF system.

Honorable Lewis Kaplan, United States District Judge

William R. MacGuire, Esquire
Marc A. Weinstein, Esquire
Sarah L. Cave, Esquire
John T. McGoey, Esquire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, New York 10004
*Attorneys for Plaintiff, SKAT*

Mark David Allison
Zhanna Angert Ziering
Caplin & Drysdale, Chartered
600 Lexington Avenue, 21st Floor
New York, New York 10022
*Co-counsel to Defendants*

John M. Hanamirian, Esq.