UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND LITIGATION

18-MD-2865 (LAK)

This document relates to: 18-cv-07824 (LAK)
                         18-cv-07827 (LAK)
                         18-cv-07828 (LAK)
                         18-cv-07829 (LAK)
                         18-cv-09565 (LAK)
                         18-cv-09570 (LAK)
                         18-cv-09587 (LAK)
                         18-cv-09588 (LAK)
                         18-cv-09589 (LAK)
                         18-cv-09590 (LAK)
                         18-cv-09650 (LAK)
                         18-cv-09665 (LAK)
                         18-cv-09666 (LAK)
                         18-cv-09668 (LAK)
                         18-cv-09669 (LAK)
                         18-cv-10028 (LAK)
                         18-cv-10030 (LAK)
                         18-cv-10031 (LAK)
                         18-cv-10032 (LAK)
                         18-cv-10035 (LAK)
                         18-cv-10036 (LAK)
                         18-cv-10039 (LAK)
                         18-cv-10049 (LAK)
                         18-cv-10060 (LAK)
                         18-cv-10061 (LAK)
                         18-cv-10062 (LAK)
                         18-cv-10063 (LAK)
                         18-cv-10064 (LAK)
                         18-cv-10065 (LAK)
                         18-cv-10066 (LAK)
                         18-cv-10067 (LAK)
                         18-cv-10069 (LAK)
                         18-cv-10070 (LAK)
                         18-cv-10071 (LAK)
                         18-cv-10073 (LAK)
                         18-cv-10074 (LAK)

ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 1 2 2019

1

| |
|---|
| 18-cv-10076 (LAK) |
| 18-cv-10077 (LAK) |
| 18-cv-10080 (LAK) |
| 18-cv-10082 (LAK) |
| 18-cv-10083 (LAK) |
| 18-cv-10086 (LAK) |
| 18-cv-10091 (LAK) |
| 18-cv-10092 (LAK) |
| 18-cv-10093 (LAK) |
| 18-cv-10094 (LAK) |
| 18-cv-10095 (LAK) |
| 18-cv-10096 (LAK) |
| 18-cv-10098 (LAK) |
| 18-cv-10099 (LAK) |
| 18-cv-10118 (LAK) |
| 18-cv-10119 (LAK) |
| 18-cv-10122 (LAK) |
| 18-cv-10123 (LAK) |
| 18-cv-10124 (LAK) |
| 18-cv-10125 (LAK) |
| 18-cv-10126 (LAK) |
| 18-cv-10127 (LAK) |
| 18-cv-10129 (LAK) |
| 18-cv-10133 (LAK) |
| 18-cv-10134 (LAK) |
| 18-cv-10135 (LAK) |
| 18-cv-10136 (LAK) |
| 18-cv-10137 (LAK) |

## STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
## TO RESPOND TO THE COMPLAINTS

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel for the parties that the time within which Defendants in the cases enumerated in the

caption may answer to the Complaints is hereby extended up to and including July 19, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and

Defendants expressly reserve, any and all defenses.

This is the parties' first request for extension of time to answer to the Complaints for the

enumerated cases.

2

Dated: New York, New York

July 11, 2019

s/ Mark D. Allison                          s/ Sarah L. Cave          (e-signed with consent)

Mark D. Allison                             Sarah L. Cave
Zhanna A. Ziering                           Marc A. Weinstein
CAPLIN & DRYSDALE, CHARTERED                 William R. Maguire
600 Lexington Ave., 21st Floor              HUGHES HUBBARD & REED LLP
New York, NY 10022                          One Battery Park Plaza
Tel: (212) 379-6000                          New York, New York 10004-1482
mallison@capdale.com                         Telephone: (212) 837-6000
zziering@capdale.com                         sarah.cave@hugheshubbard.com
                                            marc.weinstein@hugheshubbard.com
*Attorneys for Defendants*                   bill.maguire@hugheshubbard.com
                                            *Attorneys for Plaintiff*

SO ORDERED:

xxxxxxxxxxxxxxxx
United States District Judge
Hon. Laura T. Swain
U.S.D.J. - Part I

Dated: 7/12/2019

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, true and correct copies of the Stipulation and

Proposed Order Extending Time to Respond to the Complaints were served by CM/ECF on the

Plaintiff's attorneys identified below.

Sarah L. Cave
Marc A. Weinstein
William R. Maguire
John T. McGoey
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
sarah.cave@hugheshubbard.com
marc.weinstein@hugheshubbard.com
bill.maquire@hugheshubbard.com
john.mcgoey@hugheshubbard.com
*Attorneys for Plaintiff*


                                  s/ Mark D. Allison

                                    Mark D. Allison
                                    CAPLIN & DRYSDALE, CHARTERED
                                    600 Lexington Ave., 21st Floor
                                    New York, NY 10022
                                    (212) 379-6000
                                    mallison@capdale.com