# Exhibit 12-A

*Paid 02/06/2017*

*First Alton Inc.*
*450 Alton Rd No. 1603*
*Miami Beach, FL 33139 USA*

# INVOICE

Date: 5-27-2015

Invoice Number: 05171501

Due Date: 06/15/15

FROM:  **First Alton Inc.**
       **450 Alton Rd #1603**
       **Miami Beach, FL 33139 USA**

TO:   Ganymede Cayman Limited
      c/o Genesis Trust & Corporate Services
      2nd Floor, Midtown Plaza
      Elgin Avenue
      PO Box 448
      Grand Cayman KY1-1106
      Cayman Islands

TAX NOT APPLICABLE

| Description | Total |
| --- | --- |
| Advisory Fees | USD 2,012,559.00 |

Please arrange for payment to be made to:

Name: First Alton Inc.
Bank: Chase Bank
Account: ▮▮▮▮2772
SWIFT Code: CHASUS33
Bank Address: Chase Bank
1801 Alton Road
Miami Beach, FL 33139

Thank you,

*[signature]*

Roger Lehman
Director, First Alton Inc.

ELYSIUM-00000533